**Order entered April 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00149-CV

### CURTIS C. PENNINGTON, Appellant

### V.

### JOHN P. FIELDS AND KYLE B. PHILLIPS, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15018**

## ORDER

Before the Court is appellant's April 19, 2019 unopposed second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before May 23, 2019. Appellant is cautioned that further extensions are disfavored absent extenuating circumstances.

/s/      ERIN A. NOWELL
         JUSTICE